IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY L. HAMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. WONG, et al.,<br><br>    Defendants. | No. 2:20-CV-1501-DMC-P<br><br><br><br>ORDER |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated:  December 3, 2020

              _____<br>
              DENNIS M. COTA<br>
              UNITED STATES MAGISTRATE JUDGE