# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY L HAMPTON, | No. 2:20-CV-1501-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| S. WONG, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 8, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. The findings and recommendations filed March 8, 2021, are adopted in |
| 3 | full; |
| 4 | 2. Plaintiff's claim against Defendant Wong based on Plaintiff's allegations |
| 5 | Defendant Wong failed to properly instruct other defendants are dismissed; |
| 6 | 3. Plaintiff's claims against Defendant Kanwar and Zackhary are dismissed |
| 7 | and Kanwar and Zackhary are terminated as defendants to this action; and |
| 8 | 4. This action shall proceed solely on Plaintiff's claim against Defendant |
| 9 | Wong that Defendant Wong ignored requests for medical care. |

Dated: May 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE